# ORDER
## APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT
## DEATH PENALTY PROCEEDINGS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

Charles Liggins                                         Judge Pacold
**Defendant.**                                          **Judge**

---

Person Represented: Charles Liggins         ☐ Under SEAL
District Case Number: 21 CR 618             Defendant number: 1
                                            Type of Person Represented: Adult Defendant ▼

Representation type: D2 Federal Capital ▼
Attorney Name:       Cynthia Giacchetti      Prior Attorney's name:
Attorney Type:       Appointing Counsel ▼

The attorney named above is appointed to serve as: Lead counsel ▼
Signature of Presiding Judge or by Order of the Court  _M. David Weisman_

Date of Order: 10/13/2021      Nunc Pro Tunc Date:         or ☐ NONE

## ORDER
## APPOINTING INTERPRETER UNDER THE CRIMINAL JUSTICE ACT
(Prior authorization shall be obtained for services in excess of $900.)

Interpreter needed              ☐ Yes    ☐ No
Expected to exceed              ☐ Yes    ☐ No
Prior Authorization Approved    ☐ Yes    ☐ No
Signature of Presiding Judge or by Order of the Court  _____

Date of Order:         Nunc Pro Tunc Date:            or ☐ NONE

Rev. 02212019