## ORDER
## APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT
## DEATH PENALTY PROCEEDINGS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

CHARLES LIGGINS                                    MARTHA M. PACOLD
**Defendant.**                                          **Judge**

---

Person Represented:   Charles Liggins          ☐ Under SEAL

District Case Number: 21 CR 618               Defendant number: 1

                                              Type of Person Represented: Adult Defendant

Representation type: D2 Federal Capital P

Attorney Name:        Gregory T. Mitchell       Prior Attorney's name:

Attorney Type:        Co-Counsel

The attorney named above is appointed to serve as: Co-Counsel

Signature of Presiding Judge or by Order of the Court   *Martha M. Pacold*

Date of Order: 11/1/2021          Nunc Pro Tunc Date: 10/15/2021     or ☐ NONE

## ORDER
## APPOINTING INTERPRETER UNDER THE CRIMINAL JUSTICE ACT
(Prior authorization shall be obtained for services in excess of $900.)

Interpreter needed              ☐ Yes      ☐ No

Expected to exceed              ☐ Yes      ☐ No

Prior Authorization Approved    ☐ Yes      ☐ No

Signature of Presiding Judge or by Order of the Court _____

Date of Order:              Nunc Pro Tunc Date:              or ☐ NONE

Rev. 02212019