In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

Case number 21 CR 618-1

Judge Pacold

v.
**Charles Liggins**
**Defendant.**

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Charles Liggins           **Under seal?** ☐ Yes ☒ No

**Defendant number** 1                            **Representation type** CC

**Type of person represented** Adult              **Court order** Appointing Counsel

**Payment category** Felony                       **Name of Prior Attorney**

**Name of appointed attorney** Cynthia Giacchetti

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

_____                 3/22/22
**Signature of Presiding Judge or by Order of the Court**     **Date**

**Nunc Pro Tunc Date:** 1/31/22           or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**           ☐ Yes ☐ No
**Prior authorization approved?**      ☐ Yes ☐ No  ☐ Not applicable

_____                      
**Signature of Presiding Judge or by Order of the Court**     **Date**

**Nunc Pro Tunc Date:**           or ☐ None

Rev. 2212019