# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                           Case No.: 1:21−cr−00618
                                                        Honorable Martha M. Pacold

Charles Liggins, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 6, 2022:

       MINUTE entry before the Honorable Martha M. Pacold: as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, and Marcus Smart: Telephonic status hearing set for 6/29/2022 at 10:00 a.m. Dial toll−free call−in number: (888) 684−8852; followed by the conference access code: 9482028#. Time remains excluded through 8/5/2022 for reasons previously stated. [98]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.