DATE

Re: CASE CAPTION, CASE NUMBER

Dear Prospective Juror:

    Welcome to the United States District Court for the Northern District of Illinois. Our system of justice depends on fair and impartial juries, and I thank you for your willingness to serve. Whether or not you are selected to sit as a juror, you are an important part of our system of justice.

    During your first day of jury duty, you will be questioned about your background and qualifications to serve as a juror in the case of [insert case name]. In this case, [insert case statement, to be finalized at the final pretrial conference]. **It is important that you do not see, hear, look up, obtain, or consider any information from any outside source about this case, any participants in this case, or the issues related to this case**.

    In order to streamline the process of jury selection, we have prepared the attached questionnaire. Please take a few moments to complete it. Although you will not have a great deal of space for your answers, try to write legibly so that we can read your answers. After the questionnaires have been collected and reviewed, we will begin the formal process of jury selection and you will be asked additional questions in the courtroom. The questions are intended to focus on your ability to be totally objective and completely free from prejudice about the issues in controversy, the parties, and their attorneys. For this reason, it is extremely important for you to be truthful and accurate in your answers in the questionnaire and to any questions asked in the courtroom.

    Thank you again for your time and for your service today.

Sincerely,<br><br>*/s/ John Robert Blakey*<br>John Robert Blakey<br>United States District Judge

# QUESTIONNAIRE FOR PROSPECTIVE JURORS

1. What is your name?

2. How old are you?

3. In which city, village, or town do you live? (If you live in the City of Chicago, please tell us what part of the City).

4. Are you married? If so, what does your spouse do for a living?

5. Do you have any children? If so, how old are they? What do your older children do for a living?

6. How far did you go in school? (For example, did you graduate high school, take any college courses, or earn any certificates or degrees?)

7. Have you ever served in the military? If so, which branch, and what were your years of service, rank, and type of discharge?

8. What do you do for a living?

9. What are your major hobbies or interests?

10. Do you have any favorite TV shows or radio shows?

11. Do you have any favorite internet sites, newspapers or magazines?

12. Have you ever served on a jury before? If so, **<u>without telling me what the verdict was</u>**, were you able to reach a verdict? Was it a criminal case or a civil case? Was the case in federal or state court? When was the case? Were you the foreperson?

13. Have you, or a close friend or member of your immediate family, ever been a party to, or a witness, in a civil lawsuit, administrative action, or criminal case other than a routine traffic case? If so, what type of proceeding?

14. Do you hold any philosophical or religious beliefs that would prevent you from sitting in judgment of another person or organization?

15. A defendant who is accused of a crime is not required to prove his innocence or produce any evidence at all. The defendant may testify in his own defense, but he is not required to do so, and if he does not testify, you may not draw any inference or suggestion of guilt from that fact. Do you have any problem whatsoever accepting and following this principle?

16. When the government brings criminal charges against a person, the government has the burden of proving these charges, and it must prove the charges beyond a reasonable doubt before the defendant can be convicted. Do you have any problem whatsoever accepting and following this principle?

17. The defendant is presumed to be innocent of the charges against him. That means he must be found not guilty unless his guilt is proven beyond a reasonable doubt. Do you have any problem whatsoever accepting and following this principle?

18. Please review the list of names on the next page carefully. These are the names of people who may be witnesses at trial or may be mentioned during the trial. Do you know or think you know anyone on the list?

**Witnesses or People Who May Be Mentioned at Trial**
[CASE CAPTION, CASE NUMBER]