# EXHIBIT 2

**ILLINOIS STATE POLICE**
Division of Forensic Services*Forensic Services Command*FSC-C
Evidence Submission Form for Chicago Police Department

Form # **90153.E**
Status **ISP**

ISP Case # _____

## Case Information

Incident **RD JD320760** Date of Offense **04-AUG-2020**
Offense **0110 HOMICIDE FIRST DEGREE MURDER**
Address **68 E OAK ST CHICAGO, IL BEAT: 1824**

### Involved People

| | Name | IR No | SID No | FBI No |
|---|---|---|---|---|
| Suspect | UNKNOWN, | | | |
| Suspect | UNKNOWN, | | | |
| Suspect | UNNOWN, | | | |
| Victim | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| Victim | WEEKLY, CARLTON | | | |
| Victim | ▮▮▮▮▮▮▮▮▮▮▮▮ | | | |

## Submitting Detective

Name **MC KENNA, MICHAEL O**
Star No **20025** CPD Unit No **630**
Work Hours
Pager / Cell ▮▮▮▮▮▮
Bell No **312-744-8261** Pax No **3121**
Email **michael.mckenna@chicagopolice.org**

### Evidence Coordinator

Name **CARABALLO, LAURA M**
Star No EC Review Date **24-FEB-2021**

## Inventories

| Inventory No. | Package No. | Property Type | Qty | Description | Location | Lab Sections |
|---|---|---|---|---|---|---|
| 14748461 | 5497031 | EXPENDED SHELL | 5 | CSM #'S 44, 45, 53, 54 & 60, FCC'S HEADSTAMPED FC 9MM LUGER RECOVERED FROM THE STREET AT 70 E. OAK ST. | 167 | FA, IBIS |
| | | EXPENDED SHELL | 1 | CSM # 58, FCC HEADSTAMPED BLAZER 9MM LUGER RECOVERED FROM THE STREET AT 70 E. OAK ST. | | |
| | | EXPENDED SHELL | 1 | CSM # 43, FCC HEADSTAMPED WIN 9MM LUGER RECOVERED FROM THE STREET AT 70 E. OAK ST | | |
| | | EXPENDED SHELL | 1 | CSM # 51, FCC HEADSTAMPED S & B 9 X 19 RECOVERED FROM THE STREET AT 70 E. OAK ST | | |

### Detective's Comments

The reporting detective received BIA 2020-1757B which indicated a handgun was recovered from ▮▮▮▮▮ ▮▮▮▮▮▮ during an arrest under RD# JD444054 and inventoried under 14815714. The BIA indicated a High Confidence Correlation link to the reporting detective's case under RD# JD320760 and the shell casing inventoried under 14748461. The reporting detective is requesting a direct comparison between the handgun recovered under inventory number 14815714 and the shell casing under 14748461. There was an arrest ▮▮▮▮▮▮▮▮▮ for the recovered handgun and felony charges were approved. The reporting detective will interview ▮▮▮▮▮ once the direct comparison is completed.

### Evidence Coordinator's Comments

ISP - Please disregard the Detectives IBIS request as these casings have already been entered into the system. thank you

# ILLINOIS STATE POLICE
## Division of Forensic Services*Forensic Services Command*FSC-C
## Evidence Submission Form for Chicago Police Department

ISP Case # _____

Form # **99280.E**
Status **ISP**

## Case Information

Incident **RD JD320760**  Date of Offense **04-AUG-2020**
Offense **0110 HOMICIDE FIRST DEGREE MURDER**
Address **68 E OAK ST CHICAGO, IL   BEAT: 1824**

### Involved People

| | Name | IR No | SID No | FBI No |
|---|---|---|---|---|
| Suspect | LIGGINS, CHARLES E | | | |
| Suspect | OFFERD, TACARLOS T | | | |
| Suspect | RAWLS, EZELL | | | |
| Suspect | ROBERSON, KENNETH P | | | |
| Suspect | SMART, MARCUS | | | |
| Suspect | THOMAS, CHRISTOPHER T | | | |
| Victim | | | | |
| Victim | WEEKLY, CARLTON | | | |
| Victim | | | | |

## Submitting Detective

Name **KILLEEN, EDWARD J**
Star No **21505**  CPD Unit No **606**
Work Hours
Pager / Cell
Bell No   Pax No
Email **edward.killeen@chicagopolice.org**

## Evidence Coordinator

Name **MARLEY, WILLIAM P**
Star No **20182**  EC Review Date **19-JAN-2023**

## Inventories

| Inventory No. | Package No. | Property Type | Qty | Description | Location | Lab Sections |
|---|---|---|---|---|---|---|
| 14748441 | 5497010 | EXPENDED SHELL | 1 | CSM #39, FCC HEADSTAMPED A USA 9MM LUGER RECOVERED FROM THE STREET AT 68 E. OAK ST. | 167 | IBIS, FA |
| | | EXPENDED SHELL | 2 | CSM #'S 34 & 64, FCC'S HEADSTAMPED TULAMMO 9MM LUGER RECOVERED FROM THE STREET AT 68 E. OAK ST. | | |
| | | EXPENDED SHELL | 3 | CSM #'S 38, 55 & 63 FCC'S HEADSTAMPED FC 9MM LUGER RECOVERED FROM THE STREET AT 68 E. OAK ST. | | |
| | | EXPENDED SHELL | 1 | CSM #56, FCC HEADSTAMPED GFL 357 SIG RECOVERED FROM THE STREET AT 68 E. OAK ST. | | |
| 14754116 | 5503224 | EXPENDED SHELL | 1 | GFL 357 SIG (CSM #1) RECOVERED FROM THE VEHICLE'S PASSENGER SIDE EXTERIOR WINDSHIELD WIPER HOUSING AREA | 167 | FA/ISP |

### Detective's Comments

Please directly compare the casing that is inventoried under number 14748441 (item ID 11041577) to the casing that is inventoried under number 14754116 (item ID 11052281). This is pursuant to FBI #281D-CG-3302284. Thank you.

### Evidence Coordinator's Comments

Federal adoption scheduled for trial Mar 2023