UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

**NON-EXHAUSTIVE LIST OF SELECTED MEDIA OUTLETS REPORTING ON THE SHOOTING/MURDER OF CARLTON WEEKLY ON E. OAK STREET ON AUGUST 4, 2020, AND THE CHARGES AGAINST THE DEFENDANTS**

NBC News:
https://www.nbcnews.com/news/us-news/rapper-fbg-duck-killed-triple-shooting-chicago-n1235848 (Last visited September 7, 2023).

NBC News:
https://www.nbcnews.com/news/us-news/5-alleged-gang-members-charged-murder-chicago-rapper-fbg-duck-n1281536 (Last visited September 7, 2023).

BBC:
https://www.bbc.com/news/world-us-canada-53670653 (Last visited September 7, 2023).

Chicago Tribune:
https://www.chicagotribune.com/news/criminal-justice/ct-chicago-rapper-fgb-duck-slaying-racketeering-charges-20211013-7vf3qrj24ne3dhwqkvpej6sfzq-story.html (Last visited September 7, 2023).

Chicago Tribune:
https://www.chicagotribune.com/news/criminal-justice/ct-fbg-duck-chicago-murder-rico-charges-detention-hearing-20211015-yuj4nc6gbjfjvec5tunxqquuva-story.html (Last visited September 7, 2023).

Chicago Sun Times:
https://chicago.suntimes.com/crime/2021/10/13/22724655/racketeering-indictment-charges-five-gold-coast-murder-fbg-duck (Last visited September 7, 2023).

Chicago Sun Times:
https://chicago.suntimes.com/2023/1/27/23569891/fbg-duck-king-von-drill-rap-carlton-weekly-oblock-chicago-gangs-gang-violence-parkway-gardens (Last visited September 7, 2023).

Atlanta Journal Constitution:
https://www.ajc.com/news/nation-world/alleged-gang-members-charged-in-slaying-of-fbg-duck/EEQ4ZTUG6NCEJOA5LA7ME2MKKY/ (Last visited September 7, 2023).

Daily Mail:
https://www.dailymail.co.uk/news/article-10093041/Five-members-Chicagos-notorious-O-Block-gang-arrested-murder-South-rapper-FBG-Duck.html (Last visited September 7, 2023).

WGN:
https://wgntv.com/news/wgn-investigates/trial-date-set-for-5-charged-in-murder-of-chicago-rapper-fbg-duck/ (Last visited September 7, 2023).

WGN:
https://wgntv.com/news/superseding-indictment-charges-6th-defendant-in-the-murder-of-chicago-rapper/ (Last visited September 7, 2023).

The Breakfast Club (Syndicated radio show in New York and other media markets with a major internet presence):
https://thebreakfastclub.iheart.com/featured/breakfast-club/content/2021-10-14-fbi-says-social-media-posts-help-solve-fbg-duck-case/ (Last visited September 7, 2023)

The Source: (major hip-hop magazine):
https://thesource.com/2022/06/30/trial-date-set-for-5-suspects-charged-in-murder-of-chicago-rapper-fbg-duck/ (Last visited September 7, 2023).

Billboard:
https://www.billboard.com/music/rb-hip-hop/fbg-duck-dead-rapper-dies-shooting-9429590/ (Last visited September 8, 2023)