## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                    Case No.: 1:21–cr–00618
                                                       Honorable Martha M. Pacold

Charles Liggins, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 27, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart, and Ralph Turpin: The court held an in–person hearing on 10/26/2023. 1. The government's motion to recall law enforcement officers [345] is granted without objection. Defendants reserved the right to make additional objections at trial. 2. The government's motion to admit certain acts as direct evidence of the charged offenses, or in the alternative, pursuant to Federal Rule of Evidence 404(b), [209], as it relates to evidence of fraud related to defendant Offerd is denied for the reasons stated on the record. This motion has been ruled on in its entirety. See [338]. 3. The government's Santiago Proffer [191] is granted in part, denied in part, and continued in part for the reasons stated on the record. 4. Objections to the Government's Preliminary Exhibit list (Government's exhibit list: [237]; Objections: [270]; Government Reply [308]) are granted in part, denied in part, and continued in part for the reasons stated on the record. 5. As to defendants Smart and Liggins, the motions to reconsider the suppression of MW [343] and [347] are denied. 6. The consolidated motion for motions in limine [238] as it relates to the dying declarations and the authentication is continued for the reasons stated on the record. 7. Roberson's Motion to Suppress Evidence [253] was previously denied on another date for the reasons stated on the record on that date. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.