UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

    v.

CHARLES LIGGINS, et al.

No. 21 CR 618

Honorable Martha M. Pacold

## GOVERNMENT'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' POST-TRIAL MOTIONS

The United States makes a third unopposed request for additional time to respond to defendants' motions, for an additional 45 days, until **January 30, 2025**. All six of the defendants' sentencings are now scheduled to occur in August and September 2025. As a result, no defendant will be prejudiced by this request. Defendants request 45 days in order to file their replies in support of their post-trial motions.

After a jury trial that commenced on October 10, 2023, and concluded with the jury's verdict on January 17, 2024, defendants Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart, and Ralph Turpin were all convicted of having committed the murder of Carlton Weekly, a/k/a "FBG Duck," in aid of racketeering activity, and conspiring to murder Weekly in aid of racketeering activity. *See* Dkt. 439-450. Defendants Liggins, Roberson, Offerd, Thomas, and Smart were also convicted of firearms offenses and the assault with a deadly weapon of two additional victims, in aid of racketeering activity. *See* Dkt. 439-448.

Each defendant has filed post-trial motions. *See* Dkt. 548-553. Defendants' post-trial motions were originally due to be filed on or before April 16, 2024. *See* Dkt.

439, 441, 443, 445, 447, and 449. With no opposition from the government, defendants were given additional time to file their post-trial motions—first until July 17, 2024, and then until August 7, 2024. *See*, *e.g.*, Dkt. 529, 545. The government's response to defendants' motions was originally due on September 6, 2024. Dkt. 545. The Court later gave the government additional time to respond to defendants' motions, until October 31, 2024, and later until December 16, 2024. Dkt. 556, 558.

The United States requests additional time to respond to defendants' motions, until **January 30, 2025**. No defendant opposes this request. Defendants in turn request until **March 17, 2025**, to file their replies to the government's response. The government does not oppose this request.

As the government stated in its motions filed on September 6, 2024, and October 31, 2024 (Dkt. 555, 557), defendant's motions identify many arguments that the government must respond to, stemming from what defendants argue are issues that occurred over the course of a lengthy trial. The record in this case is robust. The government needs additional time to comb through the trial transcript to adequately respond to the arguments that defendants have raised, and some defendants have made arguments that are totally different from those made by other defendants. Each defendant is facing a mandatory minimum sentence of life imprisonment and will not be prejudiced if the time is extended for the government to file its response to defendants' motions and for the defendants to file their replies, should they choose to file a reply.

For these reasons, the United States requests additional time to respond to defendants' post-trial motions, until **January 30, 2025**. This request is unopposed by defendants, who in turn request until **March 17, 2025**, to file their replies to the government's response. The government does not oppose this request.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney


By:     */s/ Jason A. Julien*
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH
SEAN HENNESSY
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

3

## CERTIFICATE OF SERVICE

I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Third Unopposed Motion for an Extension of Time to Respond to Defendants' Post-Trial Motions, by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney


By:      */s/ Jason A. Julien*
JASON A. JULIEN
ANN MARIE E. URSINI
CAITLIN WALGAMUTH.
SEAN HENNESSY
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

4