**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21–cr–00618
Honorable Martha M. Pacold

Charles Liggins, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2026:

MINUTE entry before the Honorable Martha M. Pacold Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart, Ralph Turpin: Oral argument held on 7/24/2026. Defendants Roberson's, Smart's, Thomas's, Liggins#039;s, Offerd's, and Turpin's respective motions for judgment of acquittal or new trial under Fed. R. Crim. P. 29 and 33, [427]; [429]; [487]; [548]; [549]; [550]; [551]; [552]; [553], are taken under advisement. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.